# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

======================
## NO. 03-06-00100-CV
======================

**Alliance Abroad Group, Inc., d/b/a Alliance Abroad and d/b/a Alliances Abroad Group; and Victoria Lynden, Individually, Appellants**

**v.**

**Cultural Homestay International; Suzann Cushman, Individually; and Janet Ziedrich, Individually, Appellees**

========================================================================
### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. GN402042, HONORABLE DARLENE BYRNE, JUDGE PRESIDING
========================================================================

## M E M O R A N D U M   O P I N I O N

Appellants filed an unopposed motion to dismiss this appeal. Accordingly, we grant the motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed on Appellants' Motion

Filed: April 10, 2006